1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  THURMAN SPENCER,

11          Plaintiff,                    No. CIV S-05-2544 LKK PAN P

12      vs.

13  A. K. SCRIBNER,

14          Defendant.                    <u>ORDER</u>

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed what appears to be a civil

17  rights action pursuant to 42 U.S.C. § 1983.  He has neither paid the filing for nor sought leave to

18  proceed in forma pauperis.   In his complaint, plaintiff seems to allege violations of his civil

19  rights occurring in Kings County, which is part of the Fresno Division of the United States

20  District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24  court.

25  /////

26  /////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  March 15, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\spen2544.trnsf fsno

2