UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN SPENCER,<br><br>    Plaintiff,<br><br>  v.<br><br>A. K. SCRIBNER, Warden,<br><br>    Defendants. | 1:06-CV-00291-AWI-WMW-P<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, **OR** PAY FILING FEE<br>(DOCUMENTS #25 & #29) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2006, and May 3, 2006, plaintiff filed motions to extend time to submit a completed application to proceed in forma pauperis and a certified copy of his trust account statement or pay the filing fee for this action . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the filing fee for this action, pursuant to the court's order of April 10, 2006.

IT IS SO ORDERED.

**Dated:   May 24, 2006**          /s/  William M. Wunderlich
j14hj0                              UNITED STATES MAGISTRATE JUDGE