IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN SPENCER, | 1:06-CV-00291-AWI-WMW-P |
| Plaintiff, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE |
| v. | ORDER VACATING ORDER EXTENDING TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR FILING FEE [Document #30] |
| GEORGE GALAZA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 24, 2006, the court issued an order granting plaintiff's motions for an extension of time to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $250.00 filing fee for this action. On June 8, 2006, plaintiff submitted a letter notifying the court that the filing fee had been paid in full before the court issued its order extending time.  Plaintiff is correct.  The court's record shows receipt of the $250.00 filing fee on May 9, 2006.  For this reason, the court shall vacate the order extending time.

Accordingly, IT IS HEREBY ORDERED that the order issued in this action on May 24, 2006, granting an extension of time, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   June 19, 2006**            **/s/  William M. Wunderlich**
j14hj0                                UNITED STATES MAGISTRATE JUDGE