UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN SPENCER, | 1:06-cv-0291-AWI-WMW-P |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| vs. | |
| A.K. SCRIBNER, | (Documents #42 and #44) |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of mandate and injunctive relief. On February 23, 2007, Plaintiff filed a motion to stay this action. On March 7, 2007, Plaintiff filed a motion to withdraw the request to stay this action. An administrative review reveals that these motions have been termed as outstanding motions.

Accordingly, the court ORDERS that Plaintiff's motion to withdraw the request to stay this action (document #44) is GRANTED and Plaintiff's motion to stay this action (document #42) is DENIED as withdrawn.

IT IS SO ORDERED.

**Dated:   August 28, 2007**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

1