IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN SPENCER,

      Plaintiff,           CV F 06 0291 AWI WMW P

  vs.                       ORDER RE MOTIONS (DOCS 43, 44, 45, 47, 49)

A. K. SCRIBNER,

      Defendant.

    Plaintiff has filed motions requesting a stay, a court order for a designated runner, a motion to withdraw the motion to stay, and motion for access to the court. Pending is an order to show cause why this action should not be dismissed without prejudice to the filing of an application for writ of habeas corpus. Until such time as the order to show cause is resolved, any pretrial motions are premature.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion are denied without prejudice.

IT IS SO ORDERED.

**Dated:   January 16, 2008**                **/s/ William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE