IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN SPENCER,

      Plaintiff,              CV F 06 0291 AWI WMW PC

      vs.                        ORDER RE MOTION (DOC 55)

A. K. SCRIBNER,

      Defendant.

      Plaintiff has filed a motion to stay this action for one year.  On January 7, 2008, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed without prejudice to the filing of a petition for writ of habeas corpus.  Plaintiff seeks a stay on the ground that he does not have access to his legal property.

      The order to show cause was entered on the ground that Plaintiff seeks information related to his underlying conviction.  Plaintiff also filed a request that this action be construed as a habeas corpus action (Plaintiff's request was later withdrawn).

      The complaint does not fail for want of additional factual information.   The Court directed Plaintiff to respond to the order to show cause, specifically the assertion that Plaintiff is challenging the conduct of state officials regarding his underlying criminal conviction.  The Court will not grant a stay in this action.  The Court will, however, grant Plaintiff a thirty day

extension of time in which to file a response to the order to show cause.

  Acccordingly, IT IS HEREBY ORDERED that:

  1.  Plaintiff's motion for a stay is denied.

  2.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a response to the order to show cause.

IT IS SO ORDERED.

**Dated:   January 30, 2008**       /s/  **William M. Wunderlich**
                 UNITED STATES MAGISTRATE JUDGE

2