IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN SPENCER, | 1:06-cv-00291-AWI-WMW (PC) |
|     Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| A.K. SCRIBNER, | (DOCUMENT #62) |
|     Defendant. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2008, plaintiff filed a motion to extend time to file a response to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

**Dated:**   April 7, 2008             /s/ William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE