IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN SPENCER,

            Plaintiff,         CV F 06 0291 AWI WMW PC

   vs.                      ORDER

A.  K. SCRIBNER, et al.,

            Defendants.

      On January 7, 2008, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed without prejudice to the filing of an application for writ of habeas corpus.  Plaintiff failed to file a response to the order to show cause.  On March 6, 2008, findings and recommendations were entered, recommending dismissal of this action without prejudice to the filing of an application for writ of habeas corpus.  On April 14, 2008, Plaintiff filed objections to the findings and recommendations.

      In his objections, Plaintiff contends that he did not receive the order to show cause until March 2, 2008, and therefore did not have time to respond.  Plaintiff seeks an opportunity to file a response to the order to show cause.  Accordingly, IT IS HEREBY ORDERED that:

      1.  The April 8, 2008, recommendation of dismissal is vacated.

      2.  Plaintiff is granted thirty days from the date of service of this order in which to file a

1   response to the January 7, 2008, order to show cause.

2

3   IT IS SO ORDERED.

4   **Dated:   April 17, 2008          /s/  William M. Wunderlich**
    UNITED STATES MAGISTRATE JUDGE