IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN SPENCER,

        Plaintiff,        CV F 06 0291 AWI WMW PC

  vs.                    ORDER RE MOTION (DOC 52)

DEPT. OF CORRECTIONS, et al.,

        Defendants.

     Plaintiff filed a motion to withdraw documents he submitted earlier.  Subsequently, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed.  Plaintiff has filed a response to the order to show cause.  The motion to withdraw is moot.

     Accordingly, IT IS HEREBY ORDERED that Plaintifff's motion to withdraw documents filed on September 20, 2007, is denied as moot.

IT IS SO ORDERED.

**Dated:   April 17, 2008**               **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE

1