IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN SPENCER,

        Plaintiff,        1: 06 CV 0291 AWI WMW PC

  vs.                     ORDER RE MOTION (DOC 74, 75)

A. K. SCRIBNER, et al.,

        Defendants.

      On December 16, 2008, an order was entered, dismissing this action and directing the Financial Office to refund $245 of the filing fee to Plaintiff. On December 29, 2008, Plaintiff filed a motion requesting that the court forward the filing fee to his mother. The court noted that on May 9, 2006, the filing fee was paid by Plaintiff's mother, Alice Spencer.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is granted. The Financial Office shall forward the refund to Plaintiff's mother, Alice Spencer, 15910 S. Caress Ave, Compton, CA, 90221. The Clerk's Office shall serve a copy of this order on the Financial Office.

IT IS SO ORDERED.

**Dated:   January 12, 2009**        /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE